IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

JOHN MURTARI,

                        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal Action No.
08-CR-17 (DEP)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
FEB 01 2008
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Count 1 of Information No. 08-CR-17 against John Murtari, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:  In the interests of justice

With respect to this dismissal, defendant (check one):

 X   Consents

___ Objects

___ Has not been consulted

This dismissal is without prejudice.

                GLENN T. SUDDABY
                United States Attorney

By:   Ransom R. Reynolds
       Assistant U.S. Attorney
       Bar Roll No. 512035

Leave of court is granted for the filing of the foregoing dismissal.

Dated:   Feb. 1, 2008
             Syracuse, New York

Hon. David E. Peebles
United States District Court Judge

2